■    WILLIAM L. LEHMAN, Respondent-Appellant, v. SOCONY MOBIL OIL COMPANY, INC., Appellant-Respondent.— Judgment reversed on the law and the facts, and a new trial ordered on the ground that the verdict of $65,000 is grossly excessive on this record, with costs to abide the event. Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.